**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VELOCITY, A MANAGED SERVICES COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> IMOXIEMEDIA, INC., <br><br> Defendant. <br><br> IMOXIEMEDIA, INC., individually and derivatively on behalf of Velocity Cinema Solutions, LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> VELOCITY, A MANAGED SERVICES COMPANY, INC., JAMES ROTHSCHILD, MARK WALKER, JOSEPH ROSS, <br><br> Counterclaim Defendants, <br><br> and <br><br> Velocity Cinema Solutions, LLC, <br><br> Nominal Defendant. | C.A. No. 1:21-cv-01475-JLH |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearances of Henry E. Gallagher, Jr. and Jarrett W. Horowitz of Connolly Gallagher LLP, 1201 N. Market Street, 20th Floor, Wilmington, DE 19801, as counsel for Counterclaim Defendants James Rothschild, Mark Walker, and Joseph Ross.

|  |  |
|---|---|
|  | CONNOLLY GALLAGHER LLP |
|  | <u>*/s/ Henry E. Gallagher, Jr.*</u><br>Henry E. Gallagher, Jr. (#495)<br>Jarrett W. Horowitz (#6421)<br>1201 North Market Street, 20th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 888-6288<br>hgallagher@connollygallagher.com<br>jhorowitz@connollygallagher.com |
| Dated: January 20, 2023 | *Attorneys for Plaintiff and Counterclaim Defendant Velocity, A Managed Services Company, Inc., and Counterclaim Defendants James Rothschild, Mark Walker, and Joseph Ross* |

2